UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 05 514

SANDRA MARTIN
Plaintiff

vs.

OSI COLLECTION SERVICES, INC. and
JOHN DOE, an employee of OSI Collection
Services, Inc. whose specific
identity is unknown to plaintiff at the
present time
Defendants

COMPLAINT

This Complaint is filed and these proceedings are instituted pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*, to recover actual damages, statutory damages, and reasonable attorneys fees and costs by reason of the defendants' violations of the provisions of said Act.

Jurisdiction is proper in the United States District Court for the District of Rhode Island pursuant to the provisions of 15 U.S.C. §1692k(d).

1. Plaintiff, Sandra Martin, is an individual currently residing in Johnston, Rhode Island.

2. At all times relevant to the matters set forth in this Complaint, plaintiff was either obligated or allegedly obligated to pay a debt and was a consumer within the meaning of 15 U.S.C. §1692a(3).

3. Defendant, OSI Collection Services, Inc., at all relevant times hereto, was a corporation organized under the laws of the State of Delaware and licensed to do business within the State of Rhode Island and Providence Plantations.

4. Defendant, John Doe, is an unknown person who, at all relevant times hereto, was an employee of OSI Collection Services, Inc. and, with respect to the matters set forth in this Complaint, was acting within the course of his employment.

5. Defendants OSI Collection Services, Inc. and John Doe used instrumentalities of interstate commerce and the mails in their respective businesses, the principal purpose of which is the collection of debt, and they are debt collectors within the meaning of 15 U.S.C. §1692a(6).

6. On or about November 17, 2005, plaintiff Sandra Martin received a telephone call from John Doe concerning payment of an alleged debt which had been assigned or otherwise referred to defendant OSI Collection Services, Inc. for collection.

7. At all times relevant hereto, the sole income of Sandra Martin was from social security payments she receives in the approximate amount of $652.00 per month.

8. On November 17, 2005, John Doe informed plaintiff Sandra Martin that in order to recover on the debt allegedly owed by her and assigned for collection to defendant OSI Collection Services, Inc., he or it would be able to obtain money from the social security payments she receives.

9. John Doe and OSI Collection Services, Inc. failed to send a written statement or other communication to plaintiff Martin regarding collection of the alleged debt within five (5) days of the initial communication with her.

10. Defendants have failed to comply with the provisions of the Fair Debt Collection Practices Act with respect to plaintiff in that

a. they failed to send plaintiff the written notice required by 15 U.S.C. §1692(g) within five (5) days of the initial contact with plaintiff; and

b. they made false representations that plaintiff's social security payments could be obtained to make full or partial satisfaction of the obligation allegedly due upon the claim in question when in fact such property is exempt by law from process by these defendants.

WHEREFORE, plaintiff demands judgment against defendants

A. in the sum of statutory damages of One Thousand ($1,000.00) Dollars against each defendant;

B. actual damages according to the proof to be established at trial;

C. reasonable attorney's fees and costs; and

D. such other and further relief as the Court may deem just and proper in the circumstances.

**CLAIM FOR JURY TRIAL**

Plaintiff demands a trial by jury with respect to all allegations of the Complaint so triable.

By her Attorney,

John Boyajian #0919
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel:(401) 273-9600
Fax:(401) 273-9605