AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

SANDRA MARTIN

V.

OSI COLLECTION SERVICES, INC and JOHN DOE, an employee of OSI Collection Services, Inc. whose identity is unknown to plaintiff at the present time

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 514 T

TO: (Name and address of Defendant)

OSI COLLECTION SERVICES, INC.
c/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Boyajian, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/9/05

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/13/05 |
|---|---|
| NAME OF SERVER *(PRINT)* KENNETH K NORIGIAN | TITLE FEDERAL COURT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): JOANNE CASALE CT CORPORATION AGENT FOR OSI COLLECTION SERVICE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/05
Date

[signature]
Signature of Server

1845 ATWOOD AVE
Address of Server
JOHNSTON RI 02919

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.