MPD:fm 06-103

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SANDRA MARTIN

VS

C.A. NO. 05-514 T

OSI COLLECTION SERVICES, INC. and JOHN DOE, an employee of OSI Collection Services, Inc. whose specific identity is unknown to plaintiff at the present time

## DEFENDANT OSI COLLECTION SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

### First Defense

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraphs 1 and 7 of plaintiff's complaint, and therefore leaves plaintiff to her proof; neither admits nor denies the allegations of paragraphs 2, 4, 5, and 6 but leaves plaintiff to her proof thereof; and denies the allegations of paragraphs 3, 8, and 10.

### Second Defense

There was no wrongful conduct of any kind on the part of this defendant.

### Third Defense

The debt which is the subject of this defendant's collection efforts was a valid and collectable debt.

WHEREFORE, defendant demands that plaintiff's action against her be dismissed and that judgment be entered for said defendant.

**Defendant claims a trial by jury.**

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
OSI Collection Services, Inc.
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

## CERTIFICATION

TO: John Boyajian, Esq.
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906

DATED: January 10, 2006