MPD:fm 06-103

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SANDRA MARTIN

VS

C.A. NO. 05-514 T

OSI COLLECTION SERVICES, INC. and JOHN DOE, an employee of OSI Collection Services, Inc. whose specific identity is unknown to plaintiff at the present time

**STIPULATION**

In the above-entitled matter, it is hereby agreed that the following entry be made:

Defendant OSI Collection Services, Inc. shall have up to and including January 20, 2006 within which to answer or otherwise respond to plaintiff's complaint.

1/14/06

John Boyajian, Esq. #0919
Boyajian Harrington & Richardson
Attorneys for Plaintiff
182 Waterman Street
Providence, RI 02906
(401) 273-9600

Mark P. Dolan, Esquire #3280
RICE DOLAN & KERSHAW
Attorneys for Defendants
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

DATED: 1/27/06

ENTER
Ernest C. Torres
Chief U.S. District Judge
DATE 3/8/06

SUPERIOR COURT
FILE MARK VOID
SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 JAN 30 P 3:46
DATE 2/28/06