MPD:lam 06-103

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SANDRA MARTIN

VS.

C.A. NO. 05-514 T

OSI COLLECTION SERVICES, INC. and JOHN DOE, an employee of OSI Collection Services, Inc. whose specific identity is unknown to plaintiff at the present time

**DISMISSAL STIPULATION**

In the above-entitled matter, it is hereby agreed that the following entry be made:

Plaintiff's complaint is dismissed with prejudice, no interest, no costs.

John Boyajian, Esq. #0919
Boyajian Harrington & Richardson
*Attorneys for Plaintiff*
182 Waterman Street
Providence, RI 02906
(401) 273-9600

6/7/06

Mark P. Dolan, Esq. #3280
RICE DOLAN & KERSHAW
*Attorneys for Defendants*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

DATED:________________________

*MPD:lam 06-103*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SANDRA MARTIN

VS. C.A. NO. 05-514 T

OSI COLLECTION SERVICES, INC. and JOHN DOE, an employee of OSI Collection Services, Inc. whose specific identity is unknown to plaintiff at the present time

**DISMISSAL STIPULATION**

In the above-entitled matter, it is hereby agreed that the following entry be made:

Plaintiff's complaint is dismissed with prejudice, no interest, no costs.

John Boyajian, Esq. #0919
Boyajian Harrington & Richardson
*Attorneys for Plaintiff*
182 Waterman Street
Providence, RI 02906
(401) 273-9600

Mark P. Dolan, Esq. #3280
RICE DOLAN & KERSHAW
*Attorneys for Defendants*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

ENTER:

Ernest C. Torres, Chief Judge

6/16/06

DATED: June 7, 2006

ITED